UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DAVID ALLEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-53-SNLJ |
| CITY OF KENNETT, MO, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff filed this matter through his counsel Jim Bruce on April 23, 2022. Defendants filed a motion for judgment on the pleadings on January 30, 2023 [Doc. 17]. Plaintiff's counsel became ill and passed away shortly thereafter. Defendants moved for stay of deadlines in the matter to allow plaintiff to find new counsel. That motion was granted on March 1, 2023. Defendants filed a status report in this matter on May 4, 2023 [Doc. 21] noting that no new counsel for plaintiff has filed an appearance. The motion for judgment on the pleadings remains pending, and plaintiff has filed no memorandum in response.

IT IS HEREBY ORDERED that plaintiff, by June 15, 2023, shall file a response memorandum to defendants' motion for judgment on the pleadings or should otherwise SHOW CAUSE why this matter should not be dismissed for failure to prosecute.

**Failure to comply with this order shall result in dismissal of this matter.**

Dated this  24th  day of May, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE